IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ECOPRODUCT SOLUTIONS, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-CV-433 |
| | § | |
| TETRA TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT TETRA'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1 and the Court's Order for Conference and Disclosure of Interested Parties, Defendant TETRA Technologies, Inc. ("TETRA") respectfully files this Certificate of Interested Parties. TETRA identifies the following parties as potentially financially interested in the outcome of this litigation.

**DEFENDANT**

TETRA Technologies, Inc. (publicly traded)

**PLAINTIFF**

EcoProduct Solutions, L.P.

**OTHER INTERESTED PARTIES**

1. Lewiston Holdings, Ltd.
2. PPI Chemical, L.P.
3. EcoProduct Solutions GP, L.L.C.
4. Yandell Rogers, Jr.
5. Yandell Rogers, III.
6. Leslie Stanke
7. Laura Braun

   8. Rick Billings

   9. Brann Holdings, LP

**LEGAL COUNSEL**

   1. Layne E. Kruse
      Edward J. Patterson
      Darryl W. Anderson
      FULBRIGHT & JAWORSKI L.L.P.
      Fulbright Tower
      1301 McKinney, Suite 5100
      Houston, TX  77010-3095
      Telephone:  (713) 651-5151
      Facsimile:  (713) 651-5246
      **(Attorneys for Defendant TETRA Technologies, Inc.)**

   2. Jean C. Frizzell
      John S. Black
      Brian T. Ross
      Gibbs & Bruns, L.L.P.
      1100 Louisiana, Suite 5300
      Houston, TX 77002
      Telephone: (713) 650-8805
      Facsimile: (713) 750-0903
      **(Attorneys for Plaintiff EcoProduct Solutions, L.P.)**

   This Certificate will be amended or supplemented should any new parties who are financially interested in the outcome of this litigation be added and appear in this matter.

Dated: October 19, 2007

                Respectfully submitted,

                */s/ Layne E. Kruse*
                Layne E. Kruse (Attorney-in-charge)
                State Bar No. 11742550
                Edward J. Patterson
                State Bar No. 15589500
                Darryl W. Anderson
                State Bar No. 24008694
            FULBRIGHT & JAWORSKI L.L.P.
            Fulbright Tower
            1301 McKinney, Suite 5100
            Houston, TX  77010-3095
            Telephone:  (713) 651-5151
            Facsimile:  (713) 651-5246

            **Counsel for Defendant**
            **TETRA Technologies, Inc.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on October 19, 2007, which caused an electronic copy of this document to be served on all counsel of record who have appeared in this matter.

                   */s/ Layne E. Kruse*
                   Layne E. Kruse