IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ECOPRODUCT SOLUTIONS, L.P., § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 08-CV-06 |
| § § | |
| TETRA TECHNOLOGIES, INC., § § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this case should be fully and finally DISMISSED. Furthermore, pursuant to Fed. R. Civ. P. 41(a)(1)(B), the parties stipulate that this dismissal is WITH PREJUDICE.

Jean C. Frizzell (Attorney-in-charge)
State Bar No. 07484650
John S. Black
State Bar No. 24012292
Brian C. Ross
State Bar No. 24037395

GIBBS & BRUNS, L.L.P.
1100 Louisiana, Suite 5300
Houston, Texas  77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

Counsel for Plaintiff
EcoProduct Solutions, L.P.

Layne E. Kruse (Attorney-in-charge)
State Bar No.  11742550
Edward J. Patterson
State Bar No.  15589500
Darryl W. Anderson
State Bar No.  24008694

FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Counsel for Defendant
TETRA Technologies, Inc.