IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EcoProduct Solutions, L.P. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-6 |
| | § § | |
| Tetra Technologies, Inc. | § § | |
| Defendant. | § | |

ORDER OF DISMISSAL ON STIPULATION

The Court is in receipt of a Stipulation of Dismissal, filed November 20, 2008, in which the parties stipulate to the dismissal of the case with prejudice.

Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on November 21, 2008.

Ewing Werlein, Jr.
United States District Judge